# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

NOV 17 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Keith Chan

             Plaintiff

             v.

Joy F. Campanelli, Re/Max

             Defendants

Case No.

3:25-cv-912-FDW

Jury Trial Demanded

Complaint

---

1. The current owner of the apartment where Plaintiff resides is Re/Max, as the former owner claimed in his sworn affidavit,

2. Defendants conspired together and deprived Plaintiff of due process,

3. This Court has jurisdiction under the RICO Act.

## PRAYER FOR RELIEF

Plaintiff demands $1 Billion against all Defendants.

## VERIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Executed on 11/1/25